# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLOYD, | CASE NO. CV-F-03-6155 REC DLB HC |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| A.K. SCRIBNER, | [Doc. 36] |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 30, 2005, Petitioner filed a request for an extension of time to file his traverse. Petitioner requests until August 2, 2005, to file his traverse. Good cause having been demonstrated, Petitioner's request is GRANTED, and Petitioner's traverse is due on or before August 2, 2005.

IT IS SO ORDERED.

**Dated:  July 21, 2005**             /s/ Dennis L. Beck
ah0l4d                             UNITED STATES MAGISTRATE JUDGE

1