UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE FLOYD, | ) | 1:03-cv-06155-REC-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 39), |
| v. | ) | **DENYING PETITION FOR WRIT OF** |
| | ) | **HABEAS CORPUS, AND DIRECTING** |
| A.K. SCRIBNER, | ) | **CLERK TO ENTER JUDGMENT FOR** |
| | ) | **RESPONDENT** |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 20, 2006, the Magistrate Judge filed Findings and Recommendations that the instant Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondent. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.

1

1  Having carefully reviewed the entire file, the Court concludes that
2  the Magistrate Judge's Findings and Recommendations are supported
3  by the record and proper analysis.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1.   The Findings and Recommendations, filed April 20, 2006,
6  are ADOPTED IN FULL;
7       2.   The instant Petition for Writ of Habeas Corpus is DENIED;
8  and,
9       3.   The Clerk of Court enter judgment for Respondent.
10 IT IS SO ORDERED.
11 **Dated:  May 31, 2006**                    **/s/ Robert E. Coyle**
   668554                              UNITED STATES DISTRICT JUDGE