UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE FLOYD, | ) | 1:03-cv-06155-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 39) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| A.K. SCRIBNER, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 20, 2006, the Magistrate Judge filed Findings and Recommendations that the instant Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondent.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On May 31, 2006, Petitioner filed a motion to extend time.  On June 19, 2006, the court granted Petitioner an additional sixty (60) days within which to respond.  On July 31, 2006, Petitioner filed objections to the Findings and Recommendations.

In his objections, Petitioner contends, among other things, that the Magistrate Judge mis-stated that he previously suffered two attempted robberies and an assault offense on October 21, 1998. (F&R, at 3.)  Petitioner states that the correct date is 1981. Petitioner is correct, and it appears there was simply a typographical error in the Findings and Recommendations which stated 1998, whereas the California Supreme Court's opinion stated the offenses occurred in 1981. (Respondent's Lodged Doc. at 2.) Contrary to Petitioner's contention, the Magistrate's typographical error did not have an effect and does not change the analysis of the Findings and Recommendations. Accordingly, the Findings and Recommended are modified to reflect that Petitioner previously suffered two attempted robbery and an assault offense on October 21, 1981.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.  Beyond the objection noted above, Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed April 20, 2006, as modified herein, is ADOPTED IN FULL;

2.   The Petition for Writ of Habeas Corpus is DENIED; and,

3.   The Clerk of Court enter judgment in favor of Respondent.

IT IS SO ORDERED.

1  **Dated:     September 22, 2006**                **/s/ Oliver W. Wanger**
   emm0d6                                           UNITED STATES DISTRICT JUDGE
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28