

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANDRE RENE FLOYD,

vs.

SCRIBNER,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-03-6155 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_    Granted for the following reason:

_____
_____
_____
_____

__X__    Denied for the following reason:
THREE STRIKE STATE DEFENDANT
NO ISSUE TO OVERTURN CONVICTION
OR SENTENCE DEBATEABLE AMONG
JURISTS OF REASON.

Dated: 11-9-06

OLIVER W. WANGER
United States District Judge